IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-01986-WYD

In re: SUN RIVER ENERGY, INC.           Chapter 7

    Debtors.                                        Case No. 15-15610-MER

**ORDER**

**Daniel, J.**

      The above captioned case was opened on September 11, 2015 and assigned the case number referenced above.  Upon docketing of the record on appeal from the United States Bankruptcy Court, the briefing shall proceed in accordance with Bankruptcy Rule 8009.  Any motion for extension of these deadlines requires a showing of **good cause**, which must be established with **particularity**.  The following **DO NOT** constitute good cause: agreement of counsel; inconvenience to counsel or the parties; press of business or a "heavy workload;" conflicts in scheduling (*a fortiori*, when more than one attorney has entered an appearance for a party); or practice as a solo practitioner.

      Opening and response briefs shall be limited to no more than **twenty (20) pages**.  Reply briefs shall be limited to no more than **ten (10) pages**.  These page limitations shall apply to the legal argument portion of the brief or response, but shall not include the cover page, jurisdictional statement, table of contents, or statement of facts and procedural history.

      When referencing trial exhibits you must attach copies to your brief.  If the court

finds it necessary to have the originals presented it will issue an order. All filings with the United States District Court, unless otherwise permitted by our Electronic Case Filing Procedures, must be done electronically.

Dated: September 11, 2015

BY THE COURT:

/s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE